# Court of Appeals
# of the State of Georgia

ATLANTA,   December 10, 2015

*The Court of Appeals hereby passes the following order:*

**A16A0493.  LOUIS CHARLES HAYWARD-EL v. THE STATE.**

On August 25, 2014, Louis Charles Hayward-El was adjudicated guilty of two traffic offenses.  On September 25, 2014, Hayward-El filed a notice of appeal to this Court.  A notice of appeal must be filed within 30 days after entry of the appealable order.  See OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. See *Rowland v. State*, 264 Ga. 872 (1) (452 SE2d 756) (1995).  Hayward-El's notice of appeal, filed 31 days after entry of the sentencing order, is untimely, and this appeal is therefore DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,*   12/10/2015
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*